UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ES IT SOLUTIONS LLC d/b/a ZAELAB,

        Plaintiff,

  -against-                                                19-cv-4896

THE DENTISTS SUPPLY COMPANY,

        Defendant.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ES IT Solutions LLC d/b/a Zaelab ("Zaelab") certifies that Zaelab is a privately-held, domestic limited liability company and there are no members, corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated:  New York, New York
         May 24, 2019

                                                    Respectfully submitted,

                                                    SOLOMON & CRAMER LLP
                                                    *Attorneys for Plaintiff*

                                                    By: /s/Andrew T. Solomon
                                                           Andrew T. Solomon
                                                           asolomon@solomoncramer.com
                                                           Jennifer G. Cramer
                                                           jcramer@solomoncramer.com

                                                   1441 Broadway, Suite 6026
                                                   New York, NY 10019
                                                   (t) (212) 884-9102