UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ES IT SOLUTIONS LLC d/b/a ZAELAB,

                      Plaintiff,

       -against-

THE DENTISTS SUPPLY COMPANY,

                      Defendant.

-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

19-CV-4896 (AJN)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     In light the Stipulation of Voluntary Dismissal filed on December 10, 2019 (doc. no 23) the Settlement Conference currently scheduled for **December 11, 2019** is hereby adjourned *sine die*.

     SO ORDERED.

Dated: December 10, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge